IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENOVENVA ALVARADO, *as guardian for*
*Agustine Reynoso, an incapacitate minor*,

      Plaintiff,

  vs.                                                                                                                       No. CIV 15-0950 KG/LF

DOLORES LOPEZ, JUAN LUCERO and
ALBUQUERQUE PUBLIC SCHOOLS,

      Defendants.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), the *Joint Motion for Hearing to Approve Settlement* (Doc. 15) is referred to Magistrate Judge Laura Fashing to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                                                                        
_____
                                                                                      UNITED STATES DISTRICT JUDGE