IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENOVEVA ALVARADO, as guardian for
Agustine Reynoso, an incapacitated minor,

     Plaintiff,

v.                                                1:15-cv-00950-KG-LF

DOLORES LOPEZ, JUAN LUCERO and
ALBUQUERQUE PUBLIC SCHOOLS,

     Defendants.

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

     THIS MATTER comes before the Court on the parties' Joint Motion for Hearing to Approve Settlement (Doc. 15).  On July 1, 2016 —after holding a fairness hearing—the magistrate judge filed her Report and Recommendations (Doc. 22), recommending that the Court grant the motion and approve the proposed settlement of plaintiff's claims against defendant Albuquerque Public Schools.  The parties waived their 14 day objection period at the fairness hearing as neither object to the approval of the settlement.

     IT IS THEREFORE ORDERED AS FOLLOWS:

1.     The magistrate judge's Report and Recommendations (Doc. 22) is ADOPTED;

2.     The Joint Motion for Hearing to Approve Settlement (Doc. 15) is GRANTED;

3.     A final order is entered concurrently with this order.

                                                                  _____

                                                             UNITED STATES DISTRICT JUDGE