IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GENOVEVA ALVARADO, as guardian for
Agustine Reynoso, an incapacitated minor,

    Plaintiff,

v.                                                            1:15-cv-00950-KG-LF

DOLORES LOPEZ, JUAN LUCERO and
ALBUQUERQUE PUBLIC SCHOOLS,

    Defendants.

## FINAL ORDER

Pursuant to the order entered concurrently herewith, the Court enters this Final Order under FED. R. CIV. P. 58, and dismisses the action with prejudice.

UNITED STATES DISTRICT JUDGE